# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 24-cv-924 |
| Plaintiff, | : : | |
| v. | : : | |
| FAIRWAY INDEPENDENT MORTGAGE CORP. | : : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a). Plaintiff Chet Michael Wilson's claims are hereby dismissed with prejudice. The putative class claims are dismissed without prejudice.

PLAINTIFF,
By his attorneys,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANT,

By its attorneys,

/s/ *Molly A. Arranz*

Molly A. Arranz
Amundsen Davis LLC
150 N. Michigan Ave., Suite 3300
Chicago, Illinois 60601
(312) 894-3200
marranz@amundsendavislaw.com

One of the Attorneys for Defendant